# Criminal Case Cover Sheet

**FILED:** REDACTED

**U.S. District Court**

**Place of Offense:** ☒ **Under Seal**

| | | |
|---|---|---|
| City: | Superseding Indictment: | **Judge Assigned:** |
| County: | Same Defendant: | **Criminal No.** |
| | Magistrate Judge Case No. 1:22-mj-290 | New Defendant: X |
| | Search Warrant Case No. | **Arraignment Date:** |
| | | R. 20/R. 40 From: |

## Defendant Information:

**Defendant Name:** Francisco Burgos    Alias(es):    ☐ Juvenile   FBI No.

**Address:** XXXX Centreville, VA

Employment:

**Birth Date:** XXXX1985   **SSN:**   **Sex:** Male   Race:   Nationality:

**Place of Birth:**   Height:   Weight:   Hair:   Eyes:   Scars/Tattoos:

☐ Interpreter   **Language/Dialect:**   Auto Description:

## Location/Status:

**Arrest Date:**   ☐ Already in Federal Custody as of:   in:

☐ Already in State Custody   ☐ On Pretrial Release   ☐ Not in Custody

☒ Arrest Warrant Requested   ☐ Fugitive   ☐ Summons Requested

☐ Arrest Warrant Pending   ☐ Detention Sought   ☐ Bond

## Defense Counsel Information:

Name:   ☐ Court Appointed   Counsel Conflicts:

Address:   ☐ Retained

Phone:   ☐ Public Defender   ☐ Federal Public Conflicted Out

## U.S. Attorney Information:

**AUSA(s):** Laura Withers   **Phone:** 703-838-2623   Bar No.

## Complainant Agency - Address & Phone No. or Person & Title:

U.S. Attorney's Office, 2100 Jamieson Avenue, Alexandria, VA 22314

| U.S.C. Citations: | Code/Section | Offense Charged | Count(s) | Capital/Felony/Misd./Petty |
|---|---|---|---|---|
| Set 1: | 18 U.S.C. 2252(a)(2)/(b) | Distribution of Child Pornography | 1 | |
| Set 2: | | | | |

**Date:**   **AUSA Signature:** /s/ Laura D. Withers   *may be continued on reverse*